(116 App. Div. 858)

## BAKER v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Division, Second Department. January 25, 1907.)

PLEADING—COMPLAINT—BILL OF PARTICULARS.

Where a complaint alleged permanent injuries in general, defendant was entitled to a bill of particulars, though it refused to waive its right to have a physical examination of plaintiff as a condition to granting a motion for the bill, since the particulars of the injuries might in themselves furnish reason for a physical examination.

Appeal from Special Term.

Action by Mary Baker against the New York City Railway Company. From an order denying the defendant's motion for a bill of particulars, it appeals. Reversed.

Argued before HIRSCHBERG, P. J., and JENKS, HOOKER, RICH, and GAYNOR, JJ.

Bayard H. Ames, for appellant.
William S. Creevey, for respondent.

GAYNOR, J. The complaint alleges permanent injuries in general terms. A bill of particulars thereof should have been ordered. It was apparently denied on the ground that the defendant would not as a condition of granting the motion waive its right to have a physical examination of the plaintiff. This was error. The particulars of the injuries may in themselves furnish reason for a physical examination. Too many other particulars were asked for, and the habit in that respect should be restrained.

The order should be reversed and the motion granted in respect of permanent injuries, without costs.

